# EXHIBIT 2



| Corporate Headquarters | Henderson Servicing Center & Training Facility | Southfield Servicing Center |

# AGREEMENT ON ALTERNATIVE DISPUTE RESOLUTION ("ADR AGREEMENT")

**\*This is a very significant Document\***
**\*Read Carefully Before Signing\***

1. I understand and agree that certain disputes arising out of or related to my employment with Credit Acceptance Corporation (CAC) or its subsidiaries or affiliates (collectively, the "Company") or the termination of that employment ("Covered Employment-Related Dispute") shall be resolved exclusively through the Company's Alternative Dispute Resolution ("ADR") Policy and Procedure (the "ADR Policy and Procedure"), a copy of which as provided with this ADR Agreement and made a part hereof, and which includes a final and binding arbitration procedure. I agree to abide by the terms of the ADR Policy and Procedure.

2. Specifically, I agree to submit for final and binding resolution, including negotiation, mediation, and binding arbitration, pursuant to the ADR Policy and Procedure, such employment-related dispute involving any claimed adverse employment action, including possible termination, where I assert, in part or whole, wrongful action by the Company, which includes common law tort claims and /or claims under any current or future federal, state and/or local civil rights laws (laws against discrimination); and /or violation of certain described statutes/laws. Such employment-related disputes subject to this Agreement are more fully set forth in the attached ADR Policy and Procedure.

3. I understand that nothing herein prevents me from filing a charge or complaint with the Michigan Department of Civil Rights (MDCR), the Federal Equal Employment Opportunity (EEOC) Commission or any other administrative agency.

4. I understand that I am responsible for reading the full text of the ADR Policy and Procedure which more fully defines the disputes covered by this ADR Agreement, describes the procedure and rights governing the negotiation, mediation and arbitration processes, and sets forth the remedies that I may obtain.

5. I acknowledge that I have received and will read CAC's Alternative Dispute Resolution Policy and Procedure within five (5) days of receipt of it. I will become familiar with and abide by its terms. If I do not understand or agree with any provisions of the Alternative Dispute Resolution Policy and Procedure, I will discuss the provisions with my supervisor and/or personnel in the Company's Human Resources Department within five (5) days from the date of my signing this Alternative Dispute Resolution Agreement.

Applicant Initials: _MR_



6. This Agreement or Alternative Dispute Resolution is made in exchange for Credit Acceptance Corporation's consideration of my employment application.

7. I further understand that if I am hired by CAC, I will be an employee-at-will and, as such, my employment may be terminated by me or my employer at any time, for any or no reason with or without notice. Nothing in this Agreement on Alternative Dispute Resolution alters my at-will status.

8. This Agreement on Alternative Dispute Resolutions can only be modified or amended by a writing singed by the parties which specifically states an intent to modify or amend this Agreement on Alternative Dispute Resolution.

9. I understand that by signing this Agreement I am waiving any right that I may have to a jury trial and/or a court trial of such included employment-related disputes. The right to trial and to a trial by jury is of value. I understand that I may want to consult an attorney prior to signing this Agreement, the Company has so advised me of this right; and has given me and opportunity to do so; and to the extent I so chose I have availed myself of that opportunity. However, I understand and agree that my application will not be considered nor will I be offered employment until this form is signed and returned by me.

**I HAVE READ AND UNDERSTAND EACH AND EVERY PROVISION OF THE FOREGOING AND VOLUNTARILY AND KNOWINGLY AGREE TO THE TERMS AND CONDITIONS OF THIS ADR AGREEMENT.**

APPLICANT'S SIGNATURE

_[signature]_   Date: 5/20/17

AGREED TO BY THE COMPANY

By: _[signature] Ulysses Joshua_   Date: 5/24/2017

Last Updated: 05/28/2015