# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MYRON RAGSDALE,

       Plaintiff,                            Case No.: 2:18-cv-12581
                                                    Honorable Victoria A. Roberts

v.

CREDIT ACCEPTANCE CORPORATION
a Michigan Corporation,

       Defendant.

_____

## **STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE**

The parties, Plaintiff Myron Ragsdale and Defendant Credit Acceptance Corporation, having stipulated to the entry of this Order, and the Court being otherwise advised in the premises, it is ORDERED that the case is DISMISSED without prejudice to Plaintiff proceeding to arbitration. Credit Acceptance's Motion to Dismiss (Doc #003) is WITHDRAWN as moot.

                                                    s/ Victoria A. Roberts
                                                    Victoria A. Roberts
Date: October 4, 2018               United States District Judge

Stipulated to and approved for entry:

s/Charlotte Croson with consent        s/Susan D. Koval
Charlotte Croson (P56589)              Susan D. Koval (P59297)
Attorney for Plaintiff                       Attorney for Defendant